IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

FILED

MAR 30 2012

PATRICK E. DUFFY  CLERK
BY_____
　　　　Deputy Clerk
U.S. DISTRICT COURT
BILLINGS DIVISION

| | |
|---|---|
| ALICE SIELER, Individually, and as Conservator for her Infant Son, FRANK WILLIAM ROHR, III, and as Personal Representative of the Estate of FRANK WILLIAM ROHR, JR., <br><br> Plaintiffs, <br><br> vs. <br><br> RANDALL DWYER, DWYER TRUCKING COMPANY, COBRA TRUCKING CO., INC., John Does I through X, <br><br> Defendants. | CV-11-146-BLG-RFC <br><br><br><br> ORDER |

Upon Stipulation between the parties hereto, by and between their counsel of record,

IT IS HEREBY ORDERED that the above-entitled cause is dismissed with prejudice, as against Defendants Randall Dwyer and Dwyer Trucking Co., Inc., with each party to bear their own costs and attorneys' fees.

DATED this 30th Day of March, 2012.

RICHARD F. CEBULL
U. S. DISTRICT JUDGE