IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| ALICE SIELER, Individually, and as Conservator for her Infant Son, FRANK WILLIAM ROHR, III, and as Personal Representative of the Estate of FRANK WILLIAM ROHR, JR., <br><br> Plaintiffs, <br><br> vs. <br><br> RANDALL DWYER, DWYER TRUCKING COMPANY, COBRA TRUCKING CO., INC., John Does I through X, <br><br> Defendants. | CV 11-146-BLG–DLC <br><br> ORDER |

Pursuant to Plaintiffs' Rule 41(a), F.R.Civ.P, Notice of Dismissal,

IT IS HEREBY ORDERED that the above-entitled cause is dismissed without prejudice.  The Clerk of Court is directed to enter a judgment of dismissal and close this file.

DATED this 10th day of July, 2013.

_____
Dana L. Christensen, Chief District Judge
United States District Court

1